# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD EARLY, | Case No. 13-cv-03562 NC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

This action for judicial review of the Commissioner of Social Security's final decision denying plaintiff Ronald Early's claim for disability insurance and supplemental security income came before this Court on Early's motion for summary judgment and the Commissioner's cross-motion for summary judgment. In accordance with the Court's August 1, 2014, order denying Early's motion for summary judgment, granting Commissioner's cross-motion for summary judgment, and affirming the final decision of the Commissioner, judgment is entered in favor of defendant and against plaintiff with respect to all claims asserted in the complaint. 42 U.S.C. § 405(g); Fed. R. Civ. Proc. 58.

//

//

Case No. 13-cv-03562 NC
JUDGMENT

1  The clerk is ordered to terminate Case No. 13-cv-03562.

2  IT IS SO ORDERED.

3  Date: August 1, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge